Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
2026 OCT 15 AM 8:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____ ap

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
V.
Nathan Young, DEFENDANT
USMS# ____

CASE NUMBER: 2:26mj-05996-DUTY-1 (~~8938~~)

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on October 13, 2026 at 7:58 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   18 U.S.C. 1349; 18 U.S.C. § 1347; 18 U.S.C. § 220(a)(2); 18 U.S.C. § 1957
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____
7. Year of Birth: 1986
8. Defendant has retained counsel: ☐ No
   ☒ Yes Name: Reuven Cohen of Cohen Williams LLP Phone Number: ~~N/A~~ 707 816 6050
9. Name of Pretrial Services Officer notified: ____
10. Remarks (if any): ____
11. Name: Daniel Frey (please print)
12. Office Phone Number: 703-383-4061
13. Agency: FBI
14. Signature: [signature]
15. Date: 10/13/26